# UNITED STATES DISTRICT COURT
for the

Justin White  
*Plaintiff*  
v.  
N.C. Special Police LLC  
*Defendant*

Case No. 4:20-cv-00215-D

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Justin White (Plaintiff

Date: 11/17/20

*Attorney's signature*

Walter L. Bowers Jr. 47590  
*Printed name and bar number*

8420 University Exec Park Drive  
Suite #810  Charlotte, NC 28262  
*Address*

wbowers@wbvlaw.com  
*E-mail address*

704-665-5838  
*Telephone number*

704-973-9380  
*FAX number*