IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-215-D

| | |
|---|---|
| JUSTIN J. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| N C SPECIAL POLICE, LLC, ) | |
| ) | |
| Defendant. ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The James C. Dever III, United States District Judge, will remain the presiding judge. **All future documents shall reflect the new case number of 5:20-CV-612-D.** No further filing shall be made in 4:20-CV-215-D.

SO ORDERED. This 18th day of November, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court