**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
Civil Action No. 5:20-CV-612-D

| | |
|---|---|
| **Justin J. White,** | |
| **Plaintiff,** | |
| **v.** | **Defendant's 12(b)(6) Motion to Dismiss for Failure to State a Claim** |
| **NC Special Police, LLC,** | |
| **Defendant.** | |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant NC Special Police LLC ("Defendant") respectfully moves for an order dismissing Plaintiff's complaint in its entirety for failure to state a claim upon which relief can be granted. In support of this motion, Defendant submits its accompanying Memorandum of Law.  If the Court in its discretion deems it appropriate, Defendant respectfully requests leave to move for attorney's fees pursuant to N.C. Gen. Stat. §75-16.1(2).

Respectfully submitted,

This the 28th day of January, 2021.

Vennum PLLC

By: /s/ Elizabeth Vennum
N.C. State Bar No. 49747
Vennum PLLC
8510 McAlpine Park Drive, Suite 210
Tel. (980) 338-0111
Fax (980) 228-9728
*Counsel for Defendant*
Email:    liz@vennumlaw.com

1

The undersigned hereby certifies that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification to all other Parties as follows:

Walter L. Bowers Jr.
Wooden Bowers Vinson PLLC
8420 University Executive Park Drive
Suite 810
Charlotte, NC 28262
wbowers@wbvlaw.com
*Counsel for Plaintiff*

This, the 28th day of January, 2021

Vennum PLLC

By:      /s/ Elizabeth Vennum
         Elizabeth Vennum

2