IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
FILE NUMBER: 5:20-cv-00612-D

| | |
|---|---|
| JUSTIN J. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>NC SPECIAL POLICE, LLC,<br><br>    Defendant. | **ORDER** |

THIS MATTER IS BEFORE THE COURT ON the Plaintiff's Motion for Extension of Time to grant a fourteen (14) day extension to respond to Defendant's Motion to Dismiss. Having carefully considered the Motion, the record, and applicable authority, the undersigned will GRANT the Motion.

IT IS, THEREFORE, ORDERED that the Motion for Extension of Time to Respond to Defendant's Motion to Dismiss is hereby GRANTED. The deadline to file the Appellant's Brief is extended by a period of fourteen (14) days, to and including April 2, 2021.

SO ORDERED. This 29 day of March, 2021.

                                                JAMES C. DEVER III
                                              United States District Judge