This agreement shall not be changed unless in writing and signed by both White and an authorized representative of N.C. Special Police.

Signed:

_____  _11/15/2021  10:43 a.m._____
Justin J. White                 Date

_____  _____
Jimmy Henley as authorized representative   Date
of N.C. Special Police