UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA
WESTERN DIVISION
CIVIL CASE NO.: 5:20-CV-612-D

| | |
|---|---|
| JUSTIN J. WHITE,<br><br>   Plaintiff,<br><br>v.<br><br>NC SPECIAL POLICE, LLC,<br><br>   Defendant. | **MOTION TO ENFORCE<br>SETTLEMENT AGREEMENT** |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

**NOW COMES** Plaintiff, Justin Jamel White ("Mr. White"), by and through his undersigned counsel, and pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, as well as Local Civil Rule 7.1, respectfully moves this Court for an order enforcing the Settlement Agreement signed by the parties, as well as for other relief, as set forth herein. For the reasons set forth in greater detail in Plaintiff White's Memorandum of Law in Support of his Motion to Enforce Settlement Agreement, which is being filed contemporaneously herewith, Plaintiff respectfully requests that this Court grant his Motion and issue an Order:

1. Requiring Defendant to negotiate the settlement check;

2. Requiring Defendant to otherwise fulfill his obligations pursuant to the Settlement Agreement;

3. Paying the costs of court and mediation, and reasonable attorney fees; and

5. Granting Plaintiff such further relief the Court deems just and proper.

Respectfully submitted this the 24th day of March 2022.

                                          **WOODEN BOWERS VINSON, PLLC**

                                          /s/Walter L. Bowers, Jr.
                                          WALTER L. BOWERS, JR.,
                                          NC State Bar No. 47590
                                          *Attorneys for Plaintiff*
                                          8420 University Exec. Park Drive, Suite 810
                                          Charlotte, North Carolina 28262
                                          Telephone: 704-665-5838
                                          Facsimile: 704-973-9380
                                          wbowers@wbvlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I served a true and correct copy of **Plaintiff's Motion to Enforce Settlement Agreement** by e-mail and was electronically filed with the Clerk of the Court, using Court's CM/ECF electronic service system, which will send notification of such filing to the following attorney of record:

Elizabeth Vennum
N.C. State Bar No. 49747
*Counsel for Defendant*
Vennum PLLC
8510 McAlpine Park Drive
Suite 210
Charlotte, NC 28211
Phone: 980-338-0111
liz@vennumlaw.com

This the 25th of March 2022.

          **Wooden Bowers, PLLC**

**BY:** **/s/ Walter Bowers, Jr**
Walter Bowers, Jr
NC State Bar No. 47590
*Attorneys for Plaintiff*
8420 University Exec. Park Drive, Suite 810
Charlotte, North Carolina 28262
Telephone: 704-665-5838
Facsimile: 704-973-9380
Wbowers@wbvlaw.com