THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-612-D

JUSTIN J. WHITE, )
)
Plaintiff, )
)
v. ) ORDER
)
NC SPECIAL POLICE, LLC, )
)
Defendant. )

On July 13, 2022, plaintiff moved to hold defendant in contempt of court [D.E. 42]. Having carefully considered the motion, the record, and applicable authority, the court GRANTS plaintiff's motion [D.E. 42] and finds defendant NC Special Police, LLC in contempt. The court enforces the parties' settlement agreement [D.E. 34] and this court's order of June 9, 2022 [D.E. 41]. Defendant SHALL pay plaintiff a lump sum amount of $10,000.

SO ORDERED. This 16 day of November, 2022.

JAMES C. DEVER III
United States District Judge